UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LARRY P. RAYMER, )<br>)<br>Petitioner, )<br>v. )<br>)<br>CHARLES E. SAMUELS, JR., )<br>STEVE CARTER, Indiana Attorney )<br> General, )<br>)<br>Respondents. ) | No. 4:05-CV-0021-JDT-WGH |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is dismissed for lack of jurisdiction.

Date:  10/14/2005

_____
John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

_Evelyn A. Hollins_
Deputy Clerk, U.S. District Court

Copies to:

Larry P. Raymer, Reg. No. 05726-028
F.C.I., P.O. Box 4000
Manchester, KY   40962-4000

Matthew D. Fisher
Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770